

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2018

No. 04-18-00498-CV

**MWM HELOTES RANCH, LTD**. and Myfe Moore,
Appellants

v.

John H. **WHITE** Jr., Individually; John H. White III, Individually; John H. White Jr., John H. White III, and Molly C. White, in their capacities as Co-Trustees of the 1983 John H. White Long-Term Trust F/B/O John H. White Jr., and of the 1976b Partnership Trust; TCW Helotes Ranch Ltd; and Tuleta White,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI11563
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellees' brief is due on January 11, 2019. On December 6, 2018, Brian T. Thompson and D'Ana H. Mikeska, appellate counsel for appellees Tuleta White and TCW Helotes Ranch, Ltd., filed a motion to withdraw. The next day, counsel for the other appellees filed a response opposing the motion to withdraw.

The motion complies with the applicable rules. *See* TEX. R. APP. P. 6.5. Appellate counsel's motion to withdraw is GRANTED.

This court's records will also be corrected to delete George H. Spencer Jr. as counsel for TCW Helotes Ranch, Ltd.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2018.



KEITH E. HOTTLE,
Clerk of Court